**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

RICHARD ... CLERK OF COURT

2026 MAR 19 AM 11: 32

U.S. DISTRICT COURT
S. ... DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** |
| **Plaintiff,** | **JUDGE** |
| v. | **INDICTMENT** |
| **ANDREW SCOLES,** | **18 U.S.C. § 922(g)(1)** |
| **Defendant.** | **18 U.S.C. § 924(a)(8)** |

*2:26-CR-45
Judge Morrison*

**18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(viii)
21 U.S.C. § 841(b)(1)(C)**

**FORFEITURE ALLEGATIONS**

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
**(Felon in Possession of a Firearm)**

1.     On or about October 18, 2025, in the Southern District of Ohio, the defendant, **ANDREW H. SCOLES,** knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in or affecting interstate commerce, a firearm, specifically, a Star Bonifacio Echeverria, model 1921, 9mm pistol bearing serial number 270395; a Smith & Wesson, model Hand Ejector, .44 caliber revolver bearing serial number CWW1205; and a New England Firearms, model Pardner, .410 caliber shotgun bearing serial number NK211808, and ammunition.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT 2
### (Distribution of Methamphetamine)

2.      On or about January 14, 2026, in the Southern District of Ohio, the defendant, **ANDREW H. SCOLES,** did knowingly, intentionally and unlawfully distribute a mixture or substance containing a detectible amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT 3
### (Distribution of Methamphetamine)

3.      On or about January 22, 2026, in the Southern District of Ohio, the defendant, **ANDREW H. SCOLES,** did knowingly, intentionally and unlawfully distribute 50 grams or more of a mixture or substance containing a detectible amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii).**

## COUNT 4
### (Felon in Possession of a Firearm)

4.      On or about February 6, 2026, in the Southern District of Ohio, the defendant, **ANDREW H. SCOLES**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in or affecting interstate commerce, a firearm, specifically, a Taurus, model Rossi RP63, .357 caliber revolver bearing serial number ZH416565; an Anderson, model AM-15, multi-caliber rifle with an obliterated serial number; and a New England Firearms, model Pardner, .12 gauge shotgun bearing serial number NS225916, and ammunition.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## FORFEITURE ALLEGATION A

5.    The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

6.    Upon conviction of any offense set forth in this Indictment, the defendant, **ANDREW H. SCOLES**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s) including, but not limited to, the following firearms and ammunition seized from 146 Winona Boulevard, Chillicothe, Ohio on October 18, 2025:

- SAVAGE; Model: 940B; Caliber: 20 Gauge Shotgun (S/N: None)
- UNKNOWN; 12 Gauge Short-Barreled Shotgun (S/N: Obliterated)
- NEW ENGLAND FIREARMS; Model: PARDNER; Caliber: 20 Gauge Shotgun (S/N: NR261947)
- NEW ENGLAND FIREARMS; Model: PARDNER; Caliber: .410 Shotgun (S/N: NK211808)
- NEW ENGLAND FIREARMS; Model PARDNER; Caliber: 12 Gauge Shotgun (S/N: NB324668)
- DERYA ARMS; Model: TRADITION; Caliber: .12 Gauge Shotgun (S/N: DR052644)
- REMINGTON ARMS; Model: 770; Caliber: .243 Rifle (S/N: 71508188)
- KEYSTONE SPORTING ARMS; Model: CRICKETT; Caliber: .22 Rifle (S/N: 663367)
- MOSSBERG; Model: 500A; Caliber: 12 Gauge Shotgun (S/N: R352022)
- WINCHESTER; Model: 94; Caliber: 30-30 Rifle (S/N: 3733084)
- SAVAGE; Model: 311C; Caliber 20 Gauge Shotgun (S/N: None)
- SAVAGE ARMS; Model: MARK I G; Caliber: .22 Rifle (S/N: Obliterated)
- CHINA XINSHIDAI; Model: SKS; Caliber: .762 Rifle (S/N: 3217928)
- SIG SAUER; Model: P290RS; Caliber: 9mm Pistol (S/N: 26C072348)
- KIMBER; Model: STNLS ULTRA CARRY II; Caliber: .45 Pistol (S/N: KU269945)
- HS PRODUKT; Model: HELLCAT; Caliber: 9mm Pistol (S/N: BY181509)
- HIGH STANDARD; Model: SENTINEL; Caliber .22 Revolver (S/N: 620025)
- SMITH & WESSON; Model: M&P M2.0; Caliber: 9mm Pistol (S/N: NLJ8309)
- FIE; Model: TITAN TIGER; Caliber: .38 Revolver (S/N: 039442)
- SMITH AND WESSON; Model: BODYGUARD; Caliber: .380 Pistol (S/N: EBE5972)
- IMPERIAL METAL PRODUCTS; Model: IMP; Caliber: .22 Revolver (S/N: 40251)

- STAR BONIFACIO ECHEVERRIA; Model: 1921; Caliber: 9mm Pistol (S/N: 270395)
- TAURUS; Model: PT845; Caliber: .45 Pistol (S/N: NGT09871)
- SMITH & WESSON; Model: HAND EJECTOR; Caliber: .44 Revolver (S/N: CWW1205)
- SAUER, J.P.; Model: FRONTIER SIX SHOOTER; Caliber: .357 Revolver (S/N: H2966)
- TAURUS; Model: PT24/7; Caliber: 9mm Pistol (S/N: TWK32210)
- HARRINGTON AND RICHARDSON; Model: YOUNG AMERICAN; Caliber: .22 Revolver (S/N: 1343)
- SMITH & WESSON; Model: 1905; Caliber: 32-20 Revolver (S/N: 67501)
- HIGH STANDARD; Model: SENTINEL; Caliber: .22 Revolver (S/N: Obliterated)
- CHARTER ARMS; Model: UNDERCOVER; Caliber: .38 Revolver (S/N: 99012)
- SMITH & WESSON; Model: M&P9; Caliber: 9mm Pistol (S/N: MEP6165);

and the following firearms and ammunition seized from 146 Winona Boulevard, Chillicothe, Ohio on or about February 6, 2026:

- TAURUS; Model: ROSSI RP63; Caliber: .357 Revolver (S/N: ZH416565)
- ANDERSON; Model: AM-15; Caliber: MULTI Rifle (S/N: Obliterated)
- MARLIN FIREARMS; Model: 80; Caliber: .22 Rifle (S/N: None)
- ZASTAVA; Model: MAUSER 98; Caliber: .300 Rifle (S/N: J11197)
- NEW ENGLAND FIREARMS; Model: PARDNER; Caliber: .12 Gauge Shotgun (S/N: NS225916)
- SAVAGE ARMS; Model: AXIS; Caliber: .308 Rifle (S/N: J656781)
- REMINGTON ARMS; Model: 870 EXPRESS MAGNUM; Caliber: 12 Gauge Shotgun (S/N none)
- MARLIN FIREARMS; Model: 25; Caliber: .22 Rifle (S/N: 26576740)

## FORFEITURE ALLEGATION B

7.      The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 21 U.S.C. § 853(a)(1) and (2).

8.      Upon conviction any offense set forth in Count Two or Count Three of this Indictment, the defendant, **ANDREW H. SCOLES**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), and (2) any property used, or intended to be

used, in any manner or part, to commit, or to facilitate the commission of, such violation including, but not limited to, the firearms and ammunition listed in Forfeiture Allegation A, and $5212.00 in U.S. currency seized from 146 Winona Boulevard, Chillicothe, Ohio on or about February 6, 2026.

**Forfeiture notice in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), 21 U.S.C. § 853(a), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

S/ Foreperson

**FOREPERSON**

**DOMINICK S. GERACE II**
**United States Attorney**

**KEVIN W. KELLEY (0042406)**
**Assistant U.S. Attorney**